PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Matthew Farmer                          Cr.01-420-2ED/PA:
                                                          Cr.04-560-2(D/NJ)

Name of Sentencing Judicial Officer: The Honorable Petrese B. Tucker, United States District Court Judge

Date of Original Sentence: April 24, 2003.

Original Offense: Conspiracy to distribute and to possess with intent to distribute marijuana 21 U.S.C. 846 and 841 (b)1(B).

Original Sentence: One day in the custody of the United States Marshal Service; 5 year term of Supervised Release; Fine $2,500.00, 12 months home confinement and random urine monitoring.

Type of Supervision: Supervised Release.            Date Supervision Commenced: April 25, 2003.

Assistant U.S. Attorney: to be assigned.            Defense Attorney: to be assigned.

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment.'**

                    Specifically, on July 26, 2006, the undersigned was contacted by Detective John Gansert, of the Sea Isle City Police Department. Detective Gansert informed the undersigned that on Tuesday, July 25, 2006, he spoke with Ms, Laurie Ebert, the offender paramour and mother of his child. Ms. Ebert informed Detective Gansert that on Friday, July 21, 2006, the offender, who was babysitting their children (Ms. Ebert has three children from a previous marriage), left the children with her sister, and traveled to Atlantic City to purchase narcotics. The offender has not contacted Ms. Ebert since, nor has he contacted the United States Probation Office to notify us of his whereabouts.

2.     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Specifically, the offender failed to report to the United States Probation Office on July 25, 2006.

3.     The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

Specifically, the offender failed to attend outpatient drug and alcohol treatment as instructed by the United States Probation Office on June 20, 2006, June 27, 2006, July 11, 2006, July 18, 2006, and July 25, 2006.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 7/26/06

---

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing: .
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

2006 AUG -1  P 4: 53
UNITED STATES
DISTRICT COURT